242

ties who furnished material used in the improvement of the property, who had likewise recorded their lien, were next entitled to share in the funds. *Judgment affirmed. All the Justices concur.*

SMITH *et al. v.* SHIRLEY *et al.*

No. 9118.  JANUARY 13, 1933.

*H. H. Hamrick, J. E. Thrift,* and *R. C. Horne Jr.,* for plaintiffs in error.

*Pearce Matthews, Burress & Dillard, Cobb & Cobb, Roy S. Drennan, Edward T. Hughes,* and *Marvin G. Russell,* contra.

HUGHES *v.* THE STATE.

No. 9254.  JANUARY 13, 1933.

*Arthur W. Powell,* for plaintiff in error.

*Lawrence S. Camp, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general, J. W. LeCraw,* and *E. A. Stephens,* contra.